IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EDDIE MARCELLE WHEELER,

    Plaintiff,

v.                                                           CASE NO. 1:03-cv-00140-MP-AK

SIVETHA COLLINS,
DARBY D MARSHALL,
RAJ PURUSH TERKONDA,
UNITED STATES,
JOHN G WESTINE,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 31, Report and Recommendation of Magistrate Judge Kornblum, recommending that Defendants' Motion to Dismiss, or in the alternative, for Summary Judgment, Doc. 20, be denied and that the case be remanded to the Magistrate for entry of a scheduling order so that discovery can proceed and this matter can be set for trial. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. Neither party has filed an objection. Having considered the Report and Recommendation and lack of objections thereto timely filed, I have determined that the Report and Recommendation should be ADOPTED.

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendants' Motion to Dismiss, or in the alternative, for Summary Judgment, Doc. 20, is DENIED.

3. This case is remanded to Magistrate Judge Kornblum for entry of a scheduling order so that discovery can proceed and this matter can be set for trial.

**DONE AND ORDERED** this _12th_ day of July, 2005.

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge