IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**EDDIE MARCELLE WHEELER,**

    Plaintiff,

v.                                       CASE NO. 1:03-cv-00140-MP-AK

**SIVETHA COLLINS,
DARBY D MARSHALL,
RAJ PURUSH TERKONDA,
UNITED STATES,
JOHN G WESTINE,**

    Defendants.

_____/

## O R D E R

This matter is before the Court on Plaintiff's Motion to Compel Disclosure. (Doc. 42). Even though the motion to compel failed to comply with the local rules regarding discovery motions (see Loc. Rule 26.2(D) and could have been denied immediately, the Court waited for Defendants' response to see if they could provide sufficient clarification for the Court to rule on the substance of Plaintiff's motion. (See Doc. 43). However, Defendants did not understand the nature of Plaintiff's motion either. Consequently, the Court herein **DENIES** Plaintiff's motion (doc. 42) for failure to comply with Local Rule 26.2 (D), which requires that motions to compel set forth verbatim each discovery response at issue followed by the argument in support of the motion to compel.

    **DONE AND ORDERED** this **10th** day of January, 2006

s/ A. KORNBLUM
**ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**