IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EDDIE MARCELLE WHEELER,

    Plaintiff,

v.                                         CASE NO. 1:03-cv-00140-MP-AK

UNITED STATES OF AMERICA,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court *sua sponte*. Previously, in the order at Doc. 86, the Court granted summary judgment on behalf of defendant on some claims, but denied summary judgment for the defendant on the remaining claims. The case should have been remanded to the Magistrate Judge for further action on the remaining claims. However, the Clerk mistakenly entered a final judgment for the Defendant at Doc. 87 and closed the case. In a recent review by the Court, however, this error was discovered. It has now been over two years since this error, and Plaintiff, who proceeded pro se, has not complained of this error. However, in an abundance of caution, the Court will allow the Plaintiff an opportunity to pursue this case. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    The Judgment at Doc. 87 is vacated.

    The Plaintiff shall file, by Monday, May 31, 2010, a written notice to the Court indicating whether he intends to pursue this case. If the Plaintiff declines to file this notice, the Court may dismiss the case for that reason.

    **DONE AND ORDERED** this _18th_ day of May, 2010

                            *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge